UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

RI LABORERS' DISTRICT
COUNCIL,
Plaintiff

        v.                       CA No. 05-140T

D. CLIFFORD CONSTRUCTION
CO., INC.,
Defendant

### ORDER OF DISMISSAL

On October 4th, 2005 this Court issued an order directing the plaintiff to show cause, on or before November 1st, 2005, why this case should not be dismissed for lack of prosecution. The Court, having received no response from the Plaintiff to the Show Cause Order, hereby dismisses the matter without prejudice.

By Order

/s/ _____
Deputy Clerk

ENTER:

/s/ Ernest C. Jones
Ernest C. Torres
United States District Judge
Date: November 15, 2005